leave to appeal to the Court of Appeals denied. Present—Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ WILLIAM LOMBARD, Appellant, v. BEVERLY DOBSON, as Administratrix of the Estate of RAYMOND R. DOBSON, Deceased, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ MARY K. EASTER, Respondent, v. FRANK COCCO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ MARY K. EASTER, as Administratrix of the Estate of HOWARD E. EASTER, Deceased, Respondent, v. FRANK COCCO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ INDUSTRIAL FOUNDATION OF AUBURN, NEW YORK, INC., Appellant, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent.— Motion for reargument denied. Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ (A) GWENDOLYN SCHAEFER, Respondent, v. SIMMONS MOTORS CORPORATION, Appellant, et al., Defendant. (B) HELEN SCHAEFER, Respondent, v. SIMMONS MOTORS CORPORATION, Appellant, et al., Defendant. (C) CHARLES M. SCHAEFER, Respondent, v. SIMMONS MOTORS CORPORATION, Appellant, et al., Defendant. (D) KENNETH H. FRANK, as Administrator of the Estate of LORRAINE SYFRETT, Deceased, Respondent, v. SIMMONS MOTORS CORP., Appellant, et al., Defendant. (E) KENNETH H. FRANK, as Administrator of the Estate of LORRAINE SYFRETT, Deceased, Respondent, v. SIMMONS MOTORS CORPORATION, Appellant, et al., Defendant. (F) ROBERT E. MOSS, Respondent, v. MILTON F. DIBBLE et al., Defendants, and SIMMONS MOTORS, INC., Appellant. (G) CHARLES M. SCHAEFER, Respondent, v. MILTON DIBBLE, Defendant, and SIMMONS MOTORS CORPORATION, Appellant. (H) JOHN KILIAN, as Administrator of the Estate of BABY G. KILIAN, Deceased, Appellant, v. ANTHONY BANKOSKE, Respondent. (I) JOHN KILIAN, as Administrator of the Estate of BABY G. KILIAN, Deceased, Appellant, v. WALTER STRASSER, Respondent. (J) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WHITFIELD, Appellant. (K) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BARNES, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (L) WALTER FRANK, Doing Business as DOLLAR FIFTY TRAILER SERVICE, et al., Plaintiffs, v. NEW YORK TELEPHONE COMPANY, Defendant. (M) JOHN KENT et al., Appellants, v. DEBORAH DIECKMAN, an Infant, by Her Guardian ad Litem, GEORGE R. DIECKMAN, et al., Respondents.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE CAPUANO (Sidney J. Salzman, Esq., for Harold Cohen, Esq.; order entered July 12, 1962.) (B) OLIN CONSTRUCTION CO. INC. v. BUCKLEY CONSTRUCTION CORP. SHERMAN D. OLIN et al., Doing Business as OLIN CONSTRUCTION COMPANY, v. BUCKLEY CONSTRUCTION CORP. (Costello, Cooney & Fearon, Esqs., for Schiffmacher and Rochford, Esqs.). (C) SPERRY AND HUTCHINSON COMPANY v. THEODORE BERKELEY, Doing Business as NATIONAL STAMP BANK (Herbert Brill, Esq., for Anthony J. Fernicola, Esq.). (D) MARY MERCIER v. HARRY MERCIER (Richard S. Lane, Esq., for Dunk, Conboy, McKay & Bachman).— [In each action] Order of substitution of attorneys entered.

■ In the Matter of CLARENCE P. DE BUSE, as Administrator of the Estate of GEORGE C. DE BUSE, Deceased, Respondent. DOROTHY P. DE BUSE et al., Appellants.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.